UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DURAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHTS OF COLUMBUS, a Connecticut corporation,<br><br>Defendant. | Case No.: 18-CV-2882 JLS (JLB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO DISMISS AND (2) DENYING AS MOOT PETITION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>(ECF Nos. 36, 41) |

Presently before the Court is the Parties' Joint Request for Dismissal Pursuant to Federal Rule of Civil Procedure 41 (ECF No. 41). Good cause appearing, the Court **GRANTS** the Joint Request. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**, with each Party to bear its or his own costs and attorney's fees.

In light of the Parties' Joint Request for Dismissal, the Court **DENIES AS MOOT** Defendant's Petition to Compel Individual Arbitration and Stay Action Pending Arbitration (ECF No. 36).

///

///

///

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: May 4, 2021

Hon. Janis L. Sammartino
United States District Judge